Wendell T. BELL, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7098.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

Gary S. WINGATE, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7099.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

Ernest HARBARGER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7199.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.